**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000185
22-JUL-2025
08:37 AM
Dkt. 40 ODSD**

NO. CAAP-25-0000185

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CITIZENS BANK, N.A. fka RBS CITIZENS N.A.
and CITIZENS BANK OF MASSACHUSETTS,
Plaintiff/Counterclaim Defendant-Appellee, v.
PASCAL CHRISTOPHE BOLOMET,
Defendant-Appellee; and
ROUTH THERESA SOUZE BOLOMET,
Defendant/Counterclaimant-Appelant,
and
CITY AND COUNTY OF HONOLULU, ACCOUNTS RECEIVABLE SECTION,
Defendant-Appellee, and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10 AND
DOE GOVERNMENTAL UNITS 1-10, Defendants,
and
MOR ELKESLASSY, Purchaser-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC161000893)

ORDER
(By:  Nakasone, Chief Judge, Leonard, and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before May 19, 2025, and June 18, 2025, respectively;

(2) Defendant/Counterclaimant-Appellant Routh Theresa Souza Bolomet (Routh Bolomet) failed to file either document, or request an extension of time;

(3) On June 19, 2025, the appellate clerk entered a default notice informing Routh Bolomet that the time for filing the statement of jurisdiction and opening brief had expired, the

matter would be called to the court's attention on June 30, 2025, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Routh Bolomet could request relief from default by motion; and

(4) Routh Bolomet has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, July 22, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge